**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01514-CV

### IN THE INTEREST OF K.S.K., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-01231**

## ORDER

Before the Court is appellant's April 11, 2016 motion requesting a sixty-day extension of time to file a brief. Appellant states she needs additional time because she is trying to locate the 1976 adoption case file and reporter's record from the adoption hearing. An appellate court considers and weighs all evidence that was before the trial court. *See Metroplex Mailing Servs., LLC v. RR Donnelley & Sons Co.*, 410 S.W.3d 889, 898 (Tex. App.—Dallas 2013, no pet.). Because these documents appellant is searching for were not before the trial court, we **DENY** appellant's motion.

On the Court's own motion, we **ORDER** appellant to file a brief by **MAY 13, 2016**.

/s/   ELIZABETH LANG-MIERS
JUSTICE